NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

/s/ Alex N. Jilizian

Alex N. Jilizian

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

(508) 221-1510

alex@paronichlaw.com

ATTORNEY(S) FOR:  ANDREW HATALA

**CLEAR FORM**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Andrew Hatala | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-08138 |
| v. | |
| Westlake Services, LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                          Andrew Hatala

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| | |

7/23/26

Date

/s/ Alex N. Jilizian

Signature

Attorney of record for (or name of party appearing in pro per):

Andrew Hatala (Plaintiff)

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**