Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW HATALA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**WESTLAKE SERVICES LLC**<br><br>*Defendant.* | Case No. 2:26-cv-08138-SB-AYP<br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Andrew Hatala, having resolved his individual claims against Defendant, hereby dismisses this action with prejudice as to his individual claims, and without prejudice as to the claims of the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of October, 2026.

By: *<u>/s/ Alex N. Jilizian</u>*
Alex N. Jilizian (SBN 362307)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com